**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **Hammond Development International, Inc.,** | § § § | |
| *Plaintiff,* | § § § | **Civil Action No. 1:20-CV-00342-ADA** |
| **v.** | § § | |
| **Amazon.com, Inc., Amazon.com LLC, Amazon.com Services, Inc., and Amazon Web Services, Inc.,** | § § § § § | **Jury Trial Demanded** |
| *Defendants.* | § § | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **Hammond Development International, Inc.,** | § § § | |
| *Plaintiff,* | § § | **Civil Action No. 6:19-CV-00356-ADA (consolidated with 6:19-CV-00355-ADA)** |
| **v.** | § § | |
| **Google LLC,** | § § | **Jury Trial Demanded** |
| *Defendant.* | § § § § | |

**PLAINTIFF'S NOTICE REGARDING TRANSFER TO AUSTIN DIVISION**

Plaintiff Hammond Development International, Inc. ("HDI" or "Plaintiff") respectfully files this Notice Regarding Withdrawal of its Opposition to Defendant Google LLC's ("Google") Alternative Motion to Transfer Venue to the Austin Division of the Western District of Texas. On October 23, 2019, Google filed an Opposed Motion to Transfer this case from the Western District of Texas (Waco Division) to the Northern District of California. *See* Dkt. No. 42. As an alternative remedy, Google sought transfer to the Austin Division of the Western District of Texas. *See id.* at 9–10. Google also separately filed a Notice of Consent to transferring its case to the Austin Division. *See* Dkt. No. 39. HDI opposed Google's Motion to Transfer either to the Northern District of California or to Austin. *See* Dkt. No. 46.

On March 30, 2020, this Court granted a separate motion by Defendant Amazon to transfer its case from Waco to Austin. *See* Dkt. No. 65. In light of the transfer of the Amazon case to Austin—and in the interest of judicial economy and conserving resources—HDI hereby provides notice to the Court that it withdraws its objection to the transfer of the Google case from Waco to Austin, such that it could remain consolidated with the Amazon case. HDI maintains its objection to Google's request to transfer the case to the Northern District of California.

Dated: April 8, 2020                                  Respectfully submitted,

_____
**ANDREW J. WRIGHT**

**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**BRENT N. BUMGARDNER**
STATE BAR NO. 00795272
**ANDREW J. WRIGHT**

STATE BAR NO. 24063927
**NELSON BUMGARDNER ALBRITTON PC**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
817.377.9111 (telephone)
903.758.7397 (facsimile)
ema@nbafirm.com
brent@nbafirm.com
andrew@nbafirm.com

**JOSEPH P. OLDAKER**
ILLINOIS BAR NO. 6295319
**NELSON BUMGARDNER ALBRITTON PC**
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
708.675.1583 (telephone)
joseph@nbafirm.com

**COUNSEL FOR PLAINTIFF
HAMMOND DEVELOPMENT
INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5(b)(1), I hereby certify that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on this the 8th day of April, 2020.

ANDREW J. WRIGHT