IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC., *Plaintiff,* | § § § § | |
| v. | § § | 1:20-CV-00342-ADA |
| AMAZON.COM, INC., AMAZON.COM, LLC, AMAZON.COM SERVICES, INC., AMAZON WEB SERVICES, INC., *Defendants*. | § § § § § § | |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| HAMMOND DEVELOPMENT INTERNATIONAL, INC., *Plaintiff,* | § § § § | |
| v. | § § | 6:19-CV-00356-ADA (consolidated with 6:19-CV-00355-ADA) |
| GOOGLE LLC, *Defendant*. | § § § | |

## CLAIM CONSTRUCTION ORDER

The Court held a *Markman* hearing on May 15, 2020, during which the Court orally provided the below claim constructions. The Court now enters those claim constructions.

| No. | Claim Term / Phrase | Court's Constructions |
|---|---|---|
| **Terms Identified by Both Defendants** | | |
| 1a | "request . . . to establish [a / the] communication session"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: all seventeen asserted claims<br>'816 Patent: 1, 6-12, 14, 15, 18, 19 | **Not indefinite. Plain and ordinary meaning; the request must occur before the establishment of the communication session.** |
| 1b | "establish [the / a / the requested] communication session"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: all seventeen asserted claims<br>'816 Patent: 1, 6-12, 14, 15, 18-20, 24, 25, 27, 28 | **Not indefinite. Plain and ordinary meaning.** |

| No. | Claim Term / Phrase | Court's Constructions |
|---|---|---|
| 1c | "preliminary communication session"<br><br>'011 Patent: 16 | **Not indefinite. "a communication session to obtain identifying information for use in a future communication session"** |
| 2 | "a memory . . . that . . . causes the communication device to: establish a communication session to an application server over a first communication link, . . . the application server adapted to execute an application to establish the communication session with the communication device"<br><br>'937 Patent: 1 | **Not indefinite. Plain and ordinary meaning.** |
| 3a | "request for [a] processing service"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: all seventeen asserted claims<br>'816 Patent: 1, 6-12, 14, 15, 18, 19, 28 | **Not indefinite. Plain and ordinary meaning.** |
| 3b | "processing service(s)"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: all seventeen asserted claims<br>'816 Patent: 1, 6-12, 14, 15, 18, 19, 28 | **Not indefinite. "a computing process performed by a communication device for all or part of the application"** |
| **Terms Identified by Google** | | |
| 4 | "application(s)"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15<br>'816 Patent: all eighteen asserted claims | **Plain and ordinary meaning.** |
| 5 | "application server(s)"<br><br>'483 Patent: 10, 12, 14, 15, 16, 17, 18, 24<br>'011 Patent: all four asserted claims<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'032 Patent: all seventeen asserted claims<br>'816 Patent: all eighteen asserted claims | **Plain and ordinary meaning.** |

| No. | Claim Term / Phrase | Court's Constructions |
|---|---|---|
| 6 | "repository"<br><br>'483 Patent: all ten asserted claims<br>'011 Patent: 17<br>'040 Patent: all three asserted claims<br>'937 Patent: all three asserted claims<br>'732 Patent: both asserted claims<br>'935 Patent: all three asserted claims<br>'816 Patent: all eighteen asserted claims | **"a computing device that retrieves an application from a database and sends part or all of that application to the application server"** |
| 7 | "provide services to an application"<br><br>'011 Patent: 11 | **Plain and ordinary meaning.** |
| 8 | "touch input"<br><br>'483 Patent: 16<br>'937 Patent: 10, 17<br>'732 Patent: 5<br>'935 Patent: 8 | **Plain and ordinary meaning.** |
| **Terms Identified by HDI** | | |
| 9 | "audio data"<br><br>'032 Patent: 7, 12, 16, 20, 22, 23<br>'816 Patent: 6, 18, 19, 20, 24, 25, 27, 28, 29 | **Plain and ordinary meaning.** |
| 10 | "packetized voice data"<br><br>'032 Patent: 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15<br>'816 Patent: 1, 6, 7, 8, 9, 10, 11, 12, 15, 20, 24, 25, 27, 28, 29 | **Plain and ordinary meaning.** |
| 11 | "voice representation"<br><br>'032 Patent: 1, 2, 3, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15<br>'816 Patent: 1, 6, 7, 8, 9, 10, 11, 12, 27, 28 | **Plain and ordinary meaning.** |

SIGNED this 16th day of July, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

3